UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, DIVISION

OSCAR R. JONES,

    Plaintiff,                                    Case No. _____

v.

ASSET ACCEPTANCE, LLC,
a foreign limited liability company,

    Defendant.
_____/

### DEFENDANT'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, Asset Acceptance, LLC ("Defendant"), by and through its undersigned counsel, and, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes this action from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, to this the United States District Court for the Middle District of Florida, Tampa Division, on the following grounds:

    1.    Pursuant to 28 U.S.C. §§ 1331 and 1367, this Court has original jurisdiction over the federal claims and supplementary jurisdiction over the state law claim asserted by Plaintiff. Plaintiff has sued Defendant for age discrimination under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 et seq, and the Florida Civil Rights Act ("FCRA") § 760.10 et seq, Florida Statutes (2007). The state law claim is premised upon the same facts and is so related to the ADEA claim within original jurisdiction of this Court that they form part of the same case or controversy.

    2.    Removal to this Division is appropriate pursuant to 28 U.S.C. § 1441(a) and Local Rule 1.02(b)(3) because the state court action was filed in Hillsborough County, Florida.

3. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of Defendant's receipt of service of the state court Summons and Complaint.

4. In accordance with 28 U.S.C. § 1446(a) and Local Rule 4.02(b), Defendant has attached as Exhibit A and filed with the Clerk of this Court true and legible copies of all process, pleadings, orders and other papers on file with the Circuit Court for Hillsborough County, Florida. The Complaint and Summons are the only documents on file with the state court.

5. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice to Plaintiff and has filed a copy of this Notice of Removal with the Clerk of the Circuit Court for Hillsborough County, Florida. A copy of Defendant's Notice of Removal to Counsel for Plaintiff, filed in state court, is attached hereto as Exhibit B.

WHEREFORE, Defendant, by and through its undersigned counsel, respectfully notices the removal of the action now pending against it in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Case No. 07-CA-016008, to the United States District Court for the Middle District of Florida, Tampa Division.

s/ S. Gordon Hill
S. Gordon Hill, Esquire
Florida Bar No. 0094374
Stacie B. Harris, Esquire
Florida Bar No. 21672
HILL, WARD & HENDERSON, P.A.
101 E. Kennedy Blvd., Suite 3700
Tampa, Florida 33602
(813) 221-3900; (813) 221-2900 FAX
ghill@hwhlaw.com; sharris@hwhlaw.com
*Attorneys for Asset Acceptance, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via U.S. Mail to Christopher K. Leifer, Esquire, Bonifield, Friedman & Leifer, P.A., P.O. Box 799, Tampa, Florida 33601, this 31st day of December, 2007.

s/ S. Gordon Hill
Attorney

# EXHIBIT A

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. The form is required for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075. (See instructions on the reverse of the form.)

I.

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION**

OSCAR R. JONES                                              07   016008

       Plaintiff,                          Case No.:

v.                                           Division:         **DIVISION C**

ASSET ACCEPTANCE, LLC,
a Foreign Limited Liability Company

       Defendant.
_____/

II.   **TYPE OF CASE**   (Place an x in one box only. If the case fits more than one type of case, select the most definitive.)

| Domestic Relations | Torts | Other Civil |
|---|---|---|
| ☐ Simplified dissolution<br>☐ Dissolution<br>☐ Support – IV-D<br>☐ Support – Non IV-D<br>☐ URESA – IV-D<br>☐ Domestic violence<br>☐ Other domestic relations | ☐ Professional Malpractice<br>☐ Products liability<br>☐ Auto negligence<br>☐ Other negligence | ☐ Contracts<br>☐ Condominium<br>☐ Real property/<br>   Mortgage foreclosure<br>☐ Eminent domain<br>☒ Other |

III.   **Is Jury Trial Demanded In Complaint?**

    ☒ Yes

    ☐ No

November 19, 2007
DATE                                  SIGNATURE OF ATTORNEY FOR PLAINTIFF

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
12/10/2007
CT Log Number 512869806

| | |
|---|---|
| **TO:** | Sandi Ostler<br>Asset Acceptance LLC<br>28405 Van Dyke Avenue<br>Warren, MI 48093 |
| **RE:** | **Process Served in Florida** |
| **FOR:** | Asset Acceptance, LLC (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Oscar R. Jones, Pltf. vs. Asset Acceptance, LLC, etc., Dft. |
| **DOCUMENT(S) SERVED:** | Alias Summons, Complaint, Cover Sheet, Exhibit(s) |
| **COURT/AGENCY:** | Hillsborough County Circuit Court, FL<br>Case # 07-16008 |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination - Wrongful Termination - Violations of the Age Discrimination Act and Violations of the Florida Civil Rights Act of 1992 - On the basis of age |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/10/2007 at 14:30 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Christopher K. Leifer<br>Bonifield, Friedman & Liefer, P.A.<br>P.O. Box 799<br>Tampa, FL 33601<br>813-221-9500 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day , 790892193673<br>Email Notification, Sandi Ostler sostler@assetacceptance.com<br>Email Notification, Rob Horwitz rhorwitz@assetacceptance.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Donna Moch |
| **ADDRESS:** | 1200 South Pine Island Road<br>Plantation, FL 33324 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of 1 / LM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

OSCAR R. JONES

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC,
a Foreign Limited Liability Company

    Defendant.
_____/

Case No.:   07-016008

Division:   C

## ALIAS SUMMONS

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE

    YOU ARE COMMANDED to serve this summons and a copy of the Complaint, or petition in this action per F.S. 624.422 – 624.423

> Asset Acceptence, LLC.
> c/o CT Corporation
> 1200 S. Pine Island Road
> Plantation, FL 33324

    Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney, whose name and address is

> CHRISTOPHER K. LEIFER, ESQUIRE
> BONIFIELD, FRIEDMAN & LEIFER, P.A.
> Post Office Box 799
> Tampa, Florida 33601
> (813) 221-9500

within 20 days after service of this summons upon that defendant, exclusive of the day of service, and to file the original of the written defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on _____, 2007.

    Pat Frank  As Clerk of the Court

    By: _____ Deputy Clerk

## PERSONAL SERVICE ON AN INDIVIDUAL
## IMPORTANT

A lawsuit has been filed against you. You have twenty (20) calendar days after this summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning for the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del receibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes, interesadas en dicho caso. Si usted no contesta la demada a tiempo, pudiese perder el case y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no concoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la quia telefonica. Si desea responder a la demanda por su cuenta, al miso tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la personal demoninada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a law plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous estes oblige de deposer votre resoibse ecrutem avec mention du numero de dossier ci-dessus et du nom des pasrties nommes ici, si vous souhaitez aue le Tribunal entende votre cause Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'sutres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez tlephoner a un service de reference d'avocats ou a un bureau d'assistance juridque (figurant a l'annuaire de telephones). Si vous choississez de deposer vos-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.